Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

```
COALITION FOR FAIR TRADE IN
CERAMIC TILE

                    Plaintiff,
       v.

UNITED STATES,
```

**S U M M O N S**

Court No.: 25-00152

**TO:** The Attorney General, and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The Coalition for Fair Trade in Ceramic Tile is comprised of nine U.S. producers of ceramic tile in the United States, who are each interested parties under 19 U.S.C. § 1677(9)(C). Plaintiff is an interested party under 19 U.S.C. § 1677(9)(F) and was the petitioner in the underlying proceeding. As such, Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests the final determination of the U.S. Department of Commerce, ("Commerce") in the countervailing duty investigation of ceramic tile from India (Commerce case no. C-533-929), *See Ceramic Tile from India: Final Affirmative Countervailing Duy Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,036 (Dep't Commerce April 23, 2025).
   (Brief description of contested determination)

3. The underlying final determination was issued on April 16, 2025.
   (Date of determination)

4. The final determination in this investigation of Ceramic Tile from India was published in the Federal Register on April, 23, 2025. *See Ceramic Tile from India: Final Affirmative Countervailing Duy Determination and Final Affirmative Critical Circumstances Determination, in Part*, 90 Fed. Reg. 17,036 (Dep't Commerce April 23, 2025). The countervailing duty order based on the final determination was published in the Federal Register on June 16, 2025. *See Ceramic Tile from India: Countervailing Duty Order*, 90 Fed. Reg. 25,234 (Dep't Commerce June 16, 2025).
   (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

                                        Respectfully submitted,

| | |
|---|---|
| /s/ David M. Spooner | David M. Spooner |
| Signature of Plaintiff's Attorney | Christine J. Sohar Henter |
| | Hendricks Valenzuela |
| July 16, 2025 | BARNES & THORNBURG LLP |
| Date | 555 12th St. NW, Suite 1200 |
| | Washington, D.C. 20004 |
| | (202) 371-6377 |
| | DSpooner@btlaw.com |

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Robert Heilferty
Office of the Chief Counsel for
Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

# PUBLIC CERTIFICATE OF SERVICE

PUBLIC SERVICE

*Coalition for Fair Trade in Ceramic Tile v. United States*
Court No.: 25-00152

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, David M. Spooner, certify that I served a copy of the Summons in the above-titled matter on the following parties, via certified mail or registered mail, return receipt requested, on July 16, 2025.

Representative of M S International, Inc. and Bedrosians Tile and Stone
Jonathan Thomas Stoel, Esq.
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Jared.Wessel@hoganlovells.com

Representative of Win-tel Ceramics Pvt. Ltd. and Antiqa Minerals
Dharmendra N Choudhary, Esq.
GRUNFELD DESIDERIO LEBOWITZ SILVERMAN KLESTADT, LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005
dchoudhary@gdlsk.com

Representative of Simpolo Vitrified Private Limited ("Simpolo") and Nexion Surfaces Private Limited ("Nexion")
Brittney Powell, Esq.
FOX ROTHSCHILD LLP
2020 K Street, NW
Suite 500
Washington, D.C. 20006
bpowell@foxrothschild.com

Representative of Lioli Ceramica Pvt Ltd.
Jonathan Zielinski, Esq.
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
jzielinski@cassidylevy.com

Representative of the Government of India
Shruti Chopra
Embassy of India
Commerce Wing
2536 Massachusetts Ave, NW
Washington, DC 20008
Com4.washington@mea.gov.in

/s/ David M. Spooner
David M. Spooner